UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SYSINFORMATION HEALTHCARE SERVICES, LLC, a Texas limited liability company d/b/a EQUALIZERCM SERVICES,

Plaintiff,

Case No.:

vs.

MED-CARE DIABETIC & MEDICAL SUPPLIES, INC., a Florida corporation

Defendants.
_______________________________________/

## COMPLAINT

Plaintiff, SYSINFORMATION HEALTHCARE SERVICES, LLC D/B/A EQUALIZERCM SERVICES ("Sysinformation"), sues Defendant, MED-CARE DIABETIC & MEDICAL SUPPLIES, INC. ("Med-Care"), and alleges as follows:

## PARTIES

1. SysInformation is a limited liability company, organized and registered under the laws of the State of Texas, and is comprised of three (3) members: SysInformation, Inc.; Michael A. Hill; and Gregory Skalla.

2. SysInformation, Inc. is a corporation organized and registered under the laws of the State of Texas, with its principal place of business in Austin, Texas.

3. Michael A. Hill is a citizen of, and is domiciled in, the District of Columbia.

4. Gregory Skalla is a citizen of the State of Maryland and is domiciled in Baltimore County, Maryland.

5. SysInformation is therefore a citizen of the State of Texas, the District of Columbia, and the State of Maryland for purposes of jurisdictional citizenship.

6. Med-Care is a corporation organized and registered under the laws of the State of Florida and has as its principal place of business Boca Raton, Florida. For purposes of jurisdictional citizenship, Med-Care is a citizen of the State of Florida.

## NATURE OF THE ACTION, JURISDICTION, AND VENUE

7. This is an action for breach of contract.

8. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest, costs, and attorneys' fees.

9. Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)(1) and 1391(b)(2) in that Med-Care resides in this judicial district, and the acts giving rise to the asserted cause of action occurred in whole or in part, or had a substantial effect, within this District.

## FACTUAL ALLEGATIONS

10. SysInformation provides scalable and powerful medical billing services which efficiently collect client reimbursements, increase client revenues, streamline client accounts receivable processes, and control costs.

11. On or about February 7, 2014, SysInformation entered into a Services Master Agreement with Med-Care (the "Agreement"). A copy of the Agreement is attached hereto as Exhibit "A".

12. Pursuant to the terms of the Agreement, SysInformation agreed to provide Med-Care with certain charge and demographic entry services, payment posting services, and payer follow-up services.

13. In exchange, Med-Care agreed to pay SysInformation for the services performed under the Agreement, as determined by the pricing matrix contained within the Agreement.

14. Indeed, SysInformation sent monthly invoices to Med-Care, which invoices set forth the charges owed by Med-Care under the Agreement for services rendered by Sysinformation.

15. Although Med-Care initially paid for services rendered by SysInformation as provided by the Agreement, and in spite of repeated promises to send payments, Med-Care eventually established a pattern of nonpayment for services rendered, which pattern of nonpayment resulted in a substantial, long-standing outstanding balance due and owing to SysInformation.

16. As of February 3, 2016, Med-Care has failed to pay SysInformation the amount of $496,406.61 for the invoice statements dated March 1, 2015 through and including January 1, 2016, (collectively, the "Invoices"). A copy of the February 3, 2016 statement setting forth the outstanding amounts is attached hereto as Exhibit "B".

17. Despite Med-Care's failure to pay, Med-Care has not provided SysInformation with a single notice of disputed charges for services performed.

18. All conditions precedent to bringing this action have been performed, excused, or waived.

19. SysInformation has retained undersigned counsel and the law firm of Tripp Scott, P.A. to represent it in this action, and has agreed to pay a reasonable fee for their services.

## **COUNT I**

## **Breach of Contract**

20. SysInformation re-alleges paragraphs 1 through 19 of this Complaint as if fully set forth herein.

21. SysInformation and Med-Care entered into the binding, enforceable Agreement, pursuant to which Med-Care agreed to pay SysInformation for the services performed.

22. At all times relevant hereto, SysInformation performed its obligations under the Agreement.

23. Pursuant to the Agreement, SysInformation submitted monthly invoices to Med-Care for payment of services rendered by SysInformation.

24. Med-Care breached the Agreement by failing to pay SysInformation for the services performed by Sysinformation under the Agreement.

25. As of February 3, 2016, SysInformation has suffered damages in the amount of $496,406.61, plus attorneys' fees and costs, as the direct result of Med-Care's breach of the Agreement.

WHEREFORE, Plaintiff, SYSINFORMATION HEALTHCARE SERVICES, LLC D/B/A EQUALIZERCM SERVICES, requests judgment against Defendant, MED-CARE DIABETIC & MEDICAL SUPPLIES, INC., for (a) damages resulting from Defendant's breach of contract; (b) pre-judgment interest, attorneys' fees, and costs; and (c) such other relief this Court deems just and proper.

Dated March 15 2016

Respectfully submitted,

**TRIPP SCOTT, PA**
*Counsel for Plaintiff*
110 SE 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Tel. 954-525-7500
Fax. 954-761-8475

By: /s/ *Christina V. Paradowski*
CHARLES M. TATELBAUM
*Florida Bar No. 177540*
cmt@trippscott.com
lxc@trippscott.com
CHRISTINA V. PARADOWSKI
*Florida Bar No. 0056708*
cvp@trippscott.com
lxc@trippscott.com
ANGELO CASTALDI
*Florida Bar No. 119098*
axm@trippscott.com
lxc@trippscott.com