UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

SYSINFORMATION HEALTHCARE SERVICES, LLC, a Texas limited liability company d/b/a EQUALIZERCM SERVICES,

Plaintiff,

vs. Case No. 16-80407-KAM

MED-CARE DIABETIC & MEDICAL SUPPLIES, INC., a Florida corporation

Defendant.

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Sysinformation Healthcare Services, LLC, by its undersigned counsel, hereby gives notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). that the above-captioned action is voluntarily dismissed without prejudice. The defendant has not served either an answer or motion for summary judgment.

Executed this 20th day of April, 2016.

**TRIPP SCOTT, P.A.**
*Counsel for Sysinformation Healthcare Services, LLC.*
110 Southeast 6th Street
Fifteenth Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

By: /s/ *Charles M. Tatelbaum*
CHARLES M. TATELBAUM
*Florida Bar No. 177540*
cmt@trippscott.com
CHRISTINA V. PARADOWSKI
*Florida Bar No. 0056708*
cvp@trippscott.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 20, 2016, I filed the foregoing with the Court via the CM/ECF system which sent notification to all parties of interest entitled to notice as indicated below, and that a true copy hereof was sent on April 20, 2016, by U.S. First Class mail to all parties entitled to notice.

/s/ *Charles M. Tatelbaum*
Charles M. Tatelbaum

Dr. Steven Silverman
Med-Care Diabetic & Medical Supplies, Inc.
933 Clint Moore Road
Boca Raton, FL. 33487